# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF A BLACK SAMSUNG CELL PHONE, NUMBER (406) 217-1415, IMEI 359259075548353, CURRENTLY LOCATED AT THE FBI RESIDENT AGENCY IN MISSOULA, MONTANA** | **MJ 17-34-GF-JTJ**  <br><br> **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 25th day of May 2017.

John Johnston
United States Magistrate Judge